IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **JOSE ROMERO-PALACIOS,** *Plaintiff,* | § § § | |
| v. | § § | P:21-CV-00042-DC |
| **WARREN ELECTRIC, LLC,** *Defendant.* | § § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO VACATE JUDGMENT

Before the Court is Defendant's motion to vacate judgment under Rule 60(b)(4) of the Federal Rules of Civil Procedure.[1] After a jury trial and entry of final judgment, the parties have agreed to a release and settlement agreement.[2] The Court has reviewed Defendant's motion to vacate and the parties' release and settlement agreement and finds that the motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that the judgment rendered in the above captioned case on April 26, 2024, is hereby vacated pursuant to the parties' settlement.

---

[1] ECF No. 97.
[2] ECF No. 97-1.

It is also **ORDERED** that all matters in the above captioned case are dismissed with prejudice and any pending motions terminated.

It is so **ORDERED**.

SIGNED this 18th day of June, 2024.

                                      DAVID COUNTS
                                      UNITED STATES DISTRICT JUDGE